C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-06-81426 C-13D |
| Michael D. Keaton xxx-xx-1699 | ) | |
| Teresa T. Keaton xxx-xx-9397 | ) | |
| | ) | |
| Debtors | ) | |

## **ORDER**

This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to provide for the claim in favor of the IRS, and there being no filed objection to the Motion within the time period set forth in the Notice issued on November 3, 2008, by the Clerk of Court setting December 3, 2008, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

ORDERED that the IRS is allowed an administrative priority claim in the amount of $8,122.77 which shall be paid pro-rata with other unsecured priority claims, and the Trustee shall review the Debtors' plan in February, 2009, to determine the plan payment required to timely complete the Debtors' plan.

# PARTIES IN INTEREST
## Page 1 of 1
## 06-81426 C-13D

Michael D. Keaton
Teresa T. Keaton
13618 W. Ten Road
Efland, NC 27243

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Special Procedures Function
320 Federal Place, Room 411
Greensboro, NC 27401

U S Attorney
PO Box 1858
Greensboro, NC 27402